IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| | : |
| v. | : CASE NO.: 7:19-cr-48 (WLS) |
| | : |
| BRANDON LAMONT BELL, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is the Defendant's Unopposed Motion to Continue Trial, filed February 7, 2022. (Doc. 96.) The Defendant moves to continue trial in this because, which is tentatively set to begin on March 14, 2022, as Counsel for the Defendant is reviewing discovery in this case and needs additional time to prepare for trial. (*Id.*, at 2.) For the reasons below, the Motion (I*d.*) is **GRANTED**.

The Speedy Trial Act permits a district court to grant a continuance of trial so long as the court makes findings that the ends of justice served by ordering a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Section 3161(h)(7)(B) provides several factors the Court must consider when granting a continuance. *United States v. Ammar*, 842 F.3d 1203, 1206 (11th Cir. 2016). Among those factors are the likelihood that the lack of a continuance will result in a miscarriage of justice and the likelihood that failure to grant a continuance would deprive the defendant continuity of counsel or reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B).

The Court finds that the failure to grant a continuance here would likely result in a miscarriage of justice and deprive counsel of reasonable time necessary for effective

preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (iv). Notably, Counsel for the Defendant needs additional time to review discovery and prepare for trial in this case. (*Id.* at 2.)

Accordingly, the Defendant's Motion to Continue (Doc. 96) is **GRANTED**. The case is **CONTINUED** to the Valdosta trial term beginning May 9, 2022, unless otherwise ordered by the Court. The Court **ORDERS** that the time from the date of this Order to the conclusion of the May 2022 Trial Term is **EXCLUDED FROM COMPUTATION** under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7).

**SO ORDERED**, this 9th day of February 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**