IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| | : |
| v. | : CASE NO.: 7:19-cr-48 (WLS) |
| | : |
| BRANDON LAMONT BELL, | : |
| | : |
| Defendant. | : |
| | : |

## **ORDER**

Before the Court is Defendant's Motion for Non-Custodial Transportation and Money for Subsistence Expenses, which was filed on June 17, 2022 (Doc. 107) and submitted to this Court on June 21, 2022. (Docket.) Therein, Defendant moves this Court to provide non-custodial transportation to Defendant's Change of Plea Hearing, which is currently scheduled to occur on June 23, 2022 at 2:00p.m., as well as money for subsistence expenses. (*Id.*)

18 U.S.C. § 4285 authorizes a court to order the United States Marshal's Office to arrange noncustodial mean of transportation for a Defendant, when the court "is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own." According to Defendant's "CJA 23 Financial Affidavit," which was signed on December 20, 2021, Defendant has $800.00 in a savings or checking account. (Doc. 85.) $800.00 constitutes sufficient funds to provide the necessary transportation to this Court for Defendant's Change of Plea Hearing.

Furthermore, the Court notes that Defendant did not show in his Motion that Defendant's financial conditions have changed rendering Defendant financially unable to provide the necessary transportation. (Doc. 107.) Defendant merely states that he has limited financial means and needs transportation to Albany, Georgia for the hearing. (*Id.*)

1

2

Accordingly, Defendant's Motion for Non-Custodial Transportation and Money for Subsistence Expenses (Doc. 107) is **DENIED**. If Defendant wishes to revisit this issue at Defendant's change of plea hearing, Defendant may submit proof of his inability to pay for the necessary travel expenses – through either an affidavit or other authenticated document – at the hearing. At that time the Court may reconsider this Order.

**SO ORDERED**, this 23rd day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2